**Order entered November 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01123-CV

### IN THE INTEREST OF A.B., ET AL., CHILDREN

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-197-X-305th**

## ORDER

This is an accelerated appeal from an order in a suit affecting parent-child relationship and appointing permanent managing conservator. *See* TEX. R. APP. P. 28.4. The record was originally due on September 5, 2014. On October 10, 2014, we abated this appeal so the trial court could determine, among other things, whether appellant Father desired to prosecute the appeal. After conducting a hearing, the trial court determined that Father did desire to prosecute an appeal and notified this Court that it instructed the court reporter to begin preparation of the reporter's record. On October 24, 2014, we reinstated the appeal and ordered the official court reporter for the 305th Judicial District Court to file the record of the trial court proceedings no later than November 3, 2014. The reporter's record still, however, remains unfiled. Accordingly, we **ORDER** Pamela Sumler, Official Court Reporter, to file the record no later than **November 24, 2014**. If necessary, arrangements for a substitute reporter must be made as no extensions will be granted absent exigent circumstances. *See id.* 28.4(b)(1),(2). As Father

was determined to be indigent prior to trial, he is presumed to remain indigent for the duration of the appeal and may proceed without advance payment of costs. *See id.* 20.1 (a)(3).

We **DIRECT** the Clerk of the Court to send a copy of this order to (1) the Honorable Cheryl Shannon, Presiding Judge of the 305th Judicial District Court, and (2) Pamela Sumler, Official Court Reporter of the 305th Judicial District Court.

/s/     ADA BROWN
             JUSTICE